### D. A. W. BURRIS v. LAMBETH & HARRIS.

(No. 361, Op. Book No. 1, p. 239.)

APPEAL from Lamar County. Opinion by WHITE, J.

§ 25. *Trial before judge without jury.* Where a jury is waived and the cause submitted to the judge, the judgment will not be disturbed unless clearly unsupported by or contrary to the evidence. It will not be reversed if there is any evidence to support it. [13 Tex. 337; Sullivan v. Richardson, 25 Ga. 54; Strong v. Blake, 46 Barb. (N. Y.) 227.]

April 30, 1877.                              Affirmed.